

**FILED**

DEC 1 9 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　DEPUTY CLERK

1  DAVID E. WISE
   Attorney at Law
2  SBN 168295
   Law Office of David E. Wise
3  360 Ritch Street, Suite 201
   San Francisco, California 94107
4  Tel. (415) 764-4952
   Fax. (415) 276-9859
5
   Attorney for Defendant HYUNG I. WELLS
6

7

8　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11

12  UNITED STATES OF AMERICA　　　　No. 2:11-cr-00497 DAD
　　　　　　　　Plaintiff,
13
　　　　　　　　　　　　　　　　　　STIPULATION AND
14　　　　　　　　　　　　　　　　　~~PROPOSED~~ ORDER TO
　　　　　　　　　　　　　　　　　　CONTINUE ARRAIGMENT TO
15　　　　　　　　　　　　　　　　　JANUARY 17, 2012

16　　　　v.　　　　　　　　　　　　Date: December 20, 2011
　　　　　　　　　　　　　　　　　　Dept. 27
17  HYUNG I. WELLS　　　　　　　　　Time: 10:00 a.m.
　　　　　　　　Defendant
18  _____/

19  TO: BENJAMIN B. WAGNER, UNITED STATES ATTORNEY FOR THE EASTERN
    DISTRICT OF CALIFORNIA, AND HIS REPRESENTATIVE, NICHOLAS FOGG, AND MR.
20  PETER BUZO, CLERK FOR THE HON. DALE DROZD, MAGISTRATE JUDGE OF THE
    UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF
21  CALIFORNIA

22
　　　That the representative of the United States Attorney's Office for the Eastern District of
23
    California, Nicholas Fogg, and the attorney for Defendant Hyung I. Wells, hereby agree and
24
    stipulate to vacate the current date for arraignment on the Information in the above encaptioned
25
    matter, December 20, 2011, 10:00 a.m. In Dept. 27, and furthermore to continue the matter for
26
    arraignment of the Defendant on Tuesday January 17, 2012 at 10:00 a.m before the Magistrate
27

28

Law Office of
David E. Wise

Stipulation and Proposed Order to　　　　　1
Continue Arraignment, U.S. v. Hyung I. Wells

1  Judge Dale A. Drozd.   The Defendant agrees to exclude time for the period of this continuance.

2  It is so stipulated:

3  Dated: December 15, 2011                              /s/ David E. Wise
4                                                       DAVID E. WISE
                                                        Attorney for Defendant
5                                                       HYUNG I. WELLS

6

7  Dated: December 16, 2011                             /s/ Nicholas Fogg (approval given 12/16/11)
                                                        NICHOLAS FOGG
8                                                       Special Assistant United States Attorney
9                                                       BENJAIMIN WAGNER
                                                        UNITED STATES ATTORNEY
10

11 **IT IS SO ORDERED**

12 Dated: 12/19/11

13                                                      Dale A. Drozd
14                                                      DALE A. DROZD
                                                        MAGISTRATE JUDGE OF THE
15                                                      UNITED STATES COURT
                                                        IN AND FOR THE EASTERN DISTRICT
16                                                      OF CALIFORNIA