DAVID E. WISE
Attorney at Law
SBN 168295
Law Office of David E. Wise
360 Ritch Street, Suite 201
San Francisco, California 94107
Tel. (415) 764-4952
Fax. (415) 276-9859

Attorney for Defendant HYUNG I. WELLS

UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff, | No. 2:11-cr-00497 DAD<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE READINESS CONFERENCE <u>AND JURY TRIAL</u>** |
| v. | |
| HYUNG I. WELLS<br>                    Defendant<br>_____/ | |

TO:   THE HON. DALE DROZD, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

   That the representative of the United States Attorney's Office for the Eastern District of California, Special Assistant United States Attorney Nicholas Fogg, and the attorney for Defendant Hyung I. Wells, David E. Wise, hereby agree and stipulate in the above encaptioned matter to vacate the current date for readiness conference, Tuesday April 3, 2012 at 10:00 a.m., and jury trial, Monday April 16, 2012 at 10:00 a.m., and further stipulate to continue those same

dates for trial readiness conference to Tuesday June 5, 2012 at 10:00 a.m. and for jury trial to Monday June 18, 2012 at 10:00 a.m in Dept. 27 before the Hon. Judge Dale Drozd.

The Defendant agrees to exclude time for the period of this continuance, to June 5, 2012.

The reasons for this continuance are local rule T4, and that the Defendant needs additional time to review the discovery and research complex immigration law and collateral immigration consequences regarding any negotiated disposition.

It is so stipulated:

Dated:  March 12, 2012                              /s/ David E. Wise
                                                    DAVID E. WISE
                                                    Attorney for Defendant
                                                    HYUNG I. WELLS


Dated:  March 14, 2012                              / s / (approval given   3/14/2012   )
                                                    NICHOLAS FOGG
                                                    Special Assistant United States Attorney
                                                    BENJAIMIN WAGNER
                                                    UNITED STATES ATTORNEY

**IT IS SO ORDERED**

Dated:  March 19, 2012

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Wells0497.stipord.cont.dates.doc