**FILED**

JUN 01 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

DAVID E. WISE
Attorney at Law
SBN 168295
Law Office of David E. Wise
360 Ritch Street, Suite 201
San Francisco, California 94107
Tel. (415) 764-4952
Fax. (415) 276-9859

Attorney for Defendant HYUNG I. WELLS

UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
    Plaintiff,

v.

HYUNG I. WELLS
    Defendant
_____/

No. 2:11-cr-00497 DAD

**STIPULATION AND PROPOSED ORDER TO ACKNOWLEDGE AND APPROVE TRAVEL FOR DEFENDANT**

TO: THE HON. DALE DROZD, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

That the representative of the United States Attorney's Office for the Eastern District of California, Special Assistant United States Attorney Nicholas Fogg, and the attorney for Defendant Hyung I. Wells, David E. Wise, hereby agree and stipulate in the above encaptioned matter to 1.) acknowledge the following travel plans of the Defendant, such that she may visit family in South Korea with her son and husband, and continue her son's education in the Korean language in public school there; 2.) and further acknowledge that there is no travel restriction for her pursuant to the above encaptioned pending misdemeanor matter; 3.) and acknowledging the agreement of the representative of the United States Attorney's Office for these specific travel

plans, in light of the Pre Trial Diversion referral, as well as the Defendant's circumstances outlined in the Defendant's Settlement Proposal and numerous Character references, and treatment care provider's letter, and with the understanding that it is un the best interest of the pending rehabilitation plan for the Defendant contemplated in the Pre Trial Diversion referral; 4.) The Defendant is a lawful permanent resident of the United States, and is married to a United States Citizen, John Wells, Lt. Cmdr. (Ret.), U.S.N., with a seven year old child born in the United States.

That therefore there is a stipulation that there is no restriction pursuant to the above encaptioned case, and that concerning this case alone, the Defendant may depart San Francisco for South Korea on May 29, 2012 (Asiana Airlines Flt 213) and returning July 30 (Asiana Airlines Flt 214).

That for these reasons there is good cause to make this order Nunc Pro Tunc to the pending date of travel, May 29, 2012.

Dated: June 1, 2012

/s/ David E. Wise
DAVID E. WISE
Attorney for Defendant
HYUNG I. WELLS

Dated: June 1, 2012

/s/Nick Fogg
NICHOLAS FOGG
Special Assistant United States Attorney
BENJAIMIN WAGNER
UNITED STATES ATTORNEY

**IT IS SO ORDERED**

Dated: 6/1/12

THE HON. DALE DROZD
MAGISTRATE JUDGE OF THE
UNITED STATES COURT
IN AND FOR THE EASTERN DISTRICT
OF CALIFORNIA