

FILED

JUN 01 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  DAVID E. WISE
   Attorney at Law
2  SBN 168295
   Law Office of David E. Wise
3  360 Ritch Street, Suite 201
   San Francisco, California 94107
4  Tel. (415) 764-4952
   Fax. (415) 276-9859
5
6  Attorney for Defendant HYUNG I. WELLS
7
8              UNITED STATES DISTRICT COURT
9        IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12 UNITED STATES OF AMERICA            No. 2:11-cr-00497 DAD
               Plaintiff,
13
                                       **STIPULATION AND**
14                                     **PROPOSED ORDER TO**
                                       **VACATE**
15                                     **READINESS CONFERENCE**
                                       **AND JURY TRIAL AND**
16                                     **ADD STATUS CONFERENCE**
                                       **AUGUST 21, 2012**
17
18       v.
19 HYUNG I. WELLS
               Defendant
20 _____/
21 TO: THE HON. DALE DROZD, MAGISTRATE JUDGE OF THE UNITED STATES
   DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
22
23       That the representative of the United States Attorney's Office for the Eastern District of

24 California, Special Assistant United States Attorney Nicholas Fogg, and the attorney for

25 Defendant Hyung I. Wells, David E. Wise, hereby agree and stipulate in the above encaptioned

26 matter to vacate the current dates for readiness conference, Tuesday June 5, 2012 at 10:00 a.m.,

27 and jury trial, Monday June 18, 2012 at 10:00 a.m., and in light of the pending referral to U.S.

28

Law Office of
David E. Wise

Stipulation and Proposed Order to                    1
Vacate Trial Readiness Conf. and Jury Trial, Add Status Conference, U.S. v. Hyung I. Wells

1 | Pre Trial Services for Pre Trial Diversion, further stipulate to add the matter on calendar for a
2 | status conference on Tuesday August 21, 2012 at 10:00 a.m., in Dept. 27 before the Hon. Judge
3 | Dale Drozd.

The Defendant agrees to exclude time for the period of this continuance, to August 21, 2012 on the basis of the ongoing evaluation of the Defendant's suitability for Pre Trial Diversion.

The reasons for this continuance are local rule T4, and that the Defendant needs additional time for evaluation by U.S. Pre Trial Services for Pre Trial Diversion Suitability.

It is so stipulated:

Dated: May 29, 2012

/s/ David E. Wise
DAVID E. WISE
Attorney for Defendant
HYUNG I. WELLS

Dated: May 29, 2012

/s/ [approval given 5/29/12]
NICHOLAS FOGG
Special Assistant United States Attorney
BENJAIMIN WAGNER
UNITED STATES ATTORNEY

**IT IS SO ORDERED**

Dated: 6/1/12

THE HON. DALE DROZD
MAGISTRATE JUDGE OF THE
UNITED STATES COURT
IN AND FOR THE EASTERN DISTRICT
OF CALIFORNIA

Law Office of
David E. Wise

Stipulation and Proposed Order to                                                          2
Vacate Trial Readiness Conf. and Jury Trial, Add Status Conference, U.S. v. Hyung I. Wells