**FILED**

AUG 20 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1 | BENJAMIN B. WAGNER
United States Attorney
2 | DAVID A. PETERSEN
Special Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2700

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,        )   2:11-CR-0497-DAD
                                    )
12 |              Plaintiff,         )   ORDER TO CONTINUE STATUS
                                    )   CONFERENCE AND EXCLUDE TIME UNDER
13 |     v.                         )   LOCAL CODE T4
                                    )
14 | HYUNG WELLS,                    )   DATE:  August 21, 2012
                                    )   TIME:  10:00 a.m.
15 |              Defendant.         )   JUDGE: Dale A. Drozd
                                    )

17 |      It is hereby ordered that the Status Conference set for

18 | August 21, 2012 is continued to August 28, 2012, at 10 a.m.  Time

19 | is excluded from today's date through August 28, 2012, under

20 | Local Code T4, as the Court finds that the ends of justice served

21 | by granting this continuance outweigh the best interests of the

22 | public and the defendant in a speedy trial.

23 |      IT IS SO ORDERED.

24 | Dated: August 20, 2012

_____
HON. DALE A. DROZD
United States Magistrate Judge