1  BENJAMIN B. WAGNER
   United States Attorney
2  NICHOLAS M. FOGG
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )    2:11-CR-0497-DAD
                                )
11          Plaintiff,          )    ORDER GRANTING GOVERNMENT'S
                                )    MOTION TO DISMISS
12     v.                       )    WITH PREJUDICE
                                )
13 HYUNG I. WELLS,              )
                                )
14          Defendant.          )
   _____)
15

16      It is ordered that the Information in the above captioned

17 case is dismissed with prejudice upon the government's motion.

18 DATED: March 5, 2013.

19
                         _____
20                       DALE A. DROZD
                         UNITED STATES MAGISTRATE JUDGE
21

22 dad1.crim
   wells0497.dism.ord.wpd
23

24

25

26

27

28

                              1